UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation,

    Plaintiff,

vs.

TD BANK, N.A.

    Defendant(s).

Case No.  1:17-cv-4854

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, The Independence Project, Inc., by and through their undersigned attorneys, and the Defendant, TD Bank, N.A., by and through its undersigned attorneys, hereby dismiss the subject lawsuit with prejudice, pursuant to Fed. R. C. P. 41 (a)(1)(A)(ii).

Respectfully submitted,

Keith Harris (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue, Suite 200
Livingston, NJ  07039-0657
Telephone: (973) 994-6677
Facsimile:  (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Lawrence A. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
lfullerf@fullerfuller.com

*Attorneys for Plaintiff*
Date: 10/22/18

Susan M. Leming, Esq
Stephen J. Defeo, Esq.
Brown & Connery, LLP.
360 Haddon Avenue
Westmont, NJ 08108
Telephone: (856) 854-8900
Facsimile:  (856) 858-4967
slemming@brownconnery.com
sdefeo@brownconnery.com

*Attorneys for Defendant*

Date: 10/22/18