UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation,

      Plaintiff,

vs.

      Case No. 1:17-cv-4854

TD BANK, N.A.

      Defendant(s).
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before this Court on the Stipulation for Dismissal entered into by the parties hereto, by and through their respective attorneys,

After being advised in the premises and after reviewing the Stipulation for Dismissal entered into by the parties,

It is hereby ORDERED AND ADJUDGED that:

1. The subject case is **DISMISSED** with prejudice;

2. All pending Motions, if any, are hereby **DENIED** as being moot; and

3. The Clerk of the Court is Order to Close this case.

DONE AND ORDERED in Chambers at Camden, New Jersey, this 23rd day of October, 2018.

                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record